135 A.3d 144

PATRICIA MYSKA AND KATHERINE WAGNER, PLAINTIFFS–AP-
PELLANTS, AND JOHN B. TODISCO AND DAX MORALES,
PLAINTIFFS, v. NEW JERSEY MANUFACTURERS INSUR-
ANCE COMPANY, DEFENDANT–RESPONDENT, AND PALI-
SADES INSURANCE COMPANY AND AAA MID–ATLANTIC
INSURANCE COMPANY OF NEW JERSEY, DEFENDANTS.

AND ANOTHER RELATED CASE.

March 29, 2016.

This matter having been duly considered and the Court having
determined that leave to appeal was improvidently granted;

It is ORDERED that the within appeal is dismissed.